# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | |
| EXIDE TECHNOLOGIES, | Case No. 13-11482 (MFW) |
| Reorganized Debtor. | |
| | |
| SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT, | C.A. No. 19-cv-00891 (LPS) |
| Appellant, | |
| v. | |
| EXIDE TECHNOLOGIES, | |
| Appellee. | |

## NOTICE OF SUBSTITUTION OF COUNSEL AND
## DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the law firm of Skadden, Arps, Slate, Meagher & Flom

LLP hereby withdraws as counsel and gives notice that the law firms of Sidley Austin LLP and

DLA Piper LLP (US) are hereby substituted as counsel to Appellee, Exide Technologies.

Substitute counsels' addresses, phone numbers, and bar numbers are as follows:

**SIDLEY AUSTIN LLP**

| | | |
|---|---|---|
| James F. Conlan (IL 6198641) | Samuel A. Newman (CA 217042) | Lee S. Attanasio (NY 2291995) |
| Jackson T. Garvey (IL 6320652) | 555 West Fifth Street | 787 Seventh Avenue |
| One South Dearborn Street | Suite 4000 | New York, New York 10019 |
| Chicago, Illinois 60603 | Los Angeles, California 90013 | Telephone: (212) 853-5300 |
| Telephone: (312) 853-7000 | Telephone: (213) 896-6000 | Facsimile: (212) 839-5599 |
| Facsimile: (312) 853-7036 | Facsimile: (213) 896-6600 | |

-and-

EAST\168707055.3

**DLA PIPER LLP (US)**

Maris J. Kandestin (DE 5294)
maris.kandestin@dlapiper.com
1201 North Market Street, Suite 2100
Wilmington, Delaware 19801
Telephone: (302) 468-5700
Facsimile: (302) 394-2341

*Counsel for Exide Technologies*

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes without limitation, all notices and papers of any kind relating to any application, motion, petition, pleading, request, order, complaint or demand, whether transmitted or conveyed by mail, delivery, telephone, telecopy, email or otherwise.

**PLEASE TAKE FURTHER NOTICE** that the filing of this *Notice of Substitution of Counsel and Request for Service* is not intended to be, and it shall not be deemed or construed to be, a waiver or relinquishment of any right, including, but not limited to: (a) the right to have final orders in non-core matters entered only after *de novo* review by a higher court; (b) the right to trial by jury in any proceeding so triable in connection with this case or any related case, controversy or proceeding; (c) the right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; and/or (d) any other rights, claims or defenses to which Exide Technologies may be entitled in law or in equity, all of which are hereby expressly reserved.

*[Remainder of page left intentionally blank.]*

2

EAST\168707055.3

Dated:   August 19, 2019
Wilmington, Delaware


**SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP**

 /s/ Anthony W. Clark
J. Eric Ivester
4 Times Square
New York, New York 10036

Anthony W. Clark (I.D. No. 2051)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636

-and-

**SIDLEY AUSTIN LLP**

| James F. Conlan | Samuel A. Newman | Lee S. Attanasio |
|---|---|---|
| Jackson T. Garvey | 555 West Fifth Street, Suite 4000 | 787 Seventh Avenue |
| One South Dearborn Street | Los Angeles, California 90013 | New York, New York 10019 |
| Chicago, Illinois 60603 | Telephone: (213) 896-6000 | Telephone: (212) 853-5300 |
| Telephone: (312) 853-7000 | Facsimile: (213) 896-6600 | Facsimile: (212) 839-5599 |
| Facsimile: (312) 853-7036 | | |

-and-

**DLA PIPER LLP (US)**

/s/ Maris J. Kandestin
Maris J. Kandestin (DE 5294)
maris.kandestin@dlapiper.com
1201 North Market Street, Suite 2100
Wilmington, Delaware 19801
Telephone: (302) 468-5700
Facsimile: (302) 394-2341


*Counsel for Exide Technologies*

3